TOM DE VITIS v. NEW JERSEY RACING COMMISSION.

October 3, 1985.

Petition for certification denied.   (See 202 *N.J.Super.* 484)

JAMES KING, JR. v. NEW JERSEY
RACING COMMISSION.

October 3, 1985.

Petition for certification denied.

EFRAIN HERNANDEZ v. UNSATISFIED CLAIM AND
JUDGMENT FUND AND DIRECTOR OF THE
DIVISION OF MOTOR VEHICLES.

October 3, 1985.

Petition for certification denied.